**Board Policy**                                                       **Descriptor Code:  BCBD**
**Board Meeting Agendas**

A prepared agenda with appropriate information shall be sent to each member of the Baker County Board of Education in advance of any regular meeting of the Board. This agenda as approved or amended at the beginning of each meeting, shall govern the order of business for the meeting.

Additions or deletions to the approved agenda shall be made by majority vote of the members voting, a quorum being present.

The Board may opt to use a consent agenda when appropriate.

## Timely Requests

Every Board agenda shall provide an opportunity for citizens to speak regarding matters of concern. Any person desiring to be heard by the Board must notify the Superintendent's office and complete a form to be furnished by the Superintendent at least five (5) working days prior to the meeting. The Board reserves the right to hear representatives of the State Department of Education, County Commissioners or other county governing authority, or other state or county officials on official business on shorter notice. Otherwise, the Board shall not hear any person who fails to comply with this section.

A speaker shall be allowed five (5) minutes for his or her presentation, but when an issue is going to be addressed by several speakers, this time shall be limited to three (3) minutes. When several persons are part of the same group or organization, only one may be heard. The Chairperson shall enforce limitations.

The audience is advised of the following guidelines relating to the public participation at Board of Education meetings:  (1) Matters relating to personnel, members of the Board, and other items that the law deems inappropriate for discussion will be received by the Board in writing and may be considered by the Board of Executive Session (2) Matters concerning an individual school should be discussed first with the principal of the school and/or the Superintendent.

Undue personal attacks by citizens in public meetings on school employees will not be tolerated and may result in removal from the meeting.