AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| Janet Anderson, Nettlie Lilly, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BAKER COUNTY SCHOOL DISTRICT, DR. TORRANCE CHOATES in his official and individual capacities, and SHARON HEARD, in her official and individual capacities, <br><br> *Defendant(s)* | Civil Action No. 1:14-CV-104(WLS) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Torrance Choates
260 Highway 37 SW
Newton, GA 39870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerry Weber
Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, GA 31107

Jeff Filipovits
Filipovits Law Firm, PC
2900 Chamblee Tucker Road, Building 1
Atlanta, GA 30341

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM E. TANNER
*CLERK OF COURT*

Date: 6/23/2014

S/ WILLIAM C. LAWRENCE
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Torrance Choates - Principal and Superintendent of Baker County School District - Newton, GA

was received by me on *(date)* 6/26/14

☒ I personally served the summons on the individual at *(place)* Baker County School Board of Education Call Meeting held in Library, Newton, GA on *(date)* June 26, 2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-26-14

*Arnita B Buie*
Server's signature

Arnita B Buie
Printed name and title

2041 Patmos Road, Leary Georgia 39862
Server's address

Additional information regarding attempted service, etc: