IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JANET ANDERSON, *et al.*, | : |
| | : CASE NO.: 1:14cv104 (WLS) |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| BAKER COUNTY SCHOOL DISTRIT, et al., | : |
| | : |
| Defendants. | : |

## ORDER TO RESCHEDULE CONFERENCE

The Initial Scheduling and Discovery Conference has been ***RESCHEDULED*** for **October 28, at 3:30 p.m.** at the C. B. King Federal Courthouse, 201 West Broad Avenue, Albany, Georgia.

The parties are directed to submit a proposed Rules 16 and 26 scheduling order consistent with the Court's previous order dated July 22, 2014 (Doc. 13) no later than **October 21, 2014 ,** if same has not been previously submitted. *The proposed scheduling/discovery order is to be e-mailed in word processing format to the appropriate division Clerk's Office mailbox via the Court's internet site (www.gamd.uscourts.gov) .*

**SO ORDERED**, this  12th  day of September, 2014.

                                           /s/ W. Louis Sands
                                           **W. LOUIS SANDS, JUDGE**
                                           **UNITED STATES DISTRICT COURT**