LAW OFFICE
# HARBEN, HARTLEY & HAWKINS, LLP
340 JESSE JEWELL PARKWAY
WELLS FARGO CENTER, SUITE 750
GAINESVILLE, GEORGIA 30501
(770) 534-7341
FAX: (770) 532-0399

November 26, 2014

*VIA EMAIL*

The Honorable W. Louis Sands
United States District Court Judge
U.S. District Court for the Middle District of Georgia
201 West Broad Avenue
Albany, Georgia 31701

    Re:    Anderson, *et al.* v. Baker County School District, *et al.*
              Middle District of Georgia (Albany) Civil Action No. 1:14-cv-104-WLS

Dear Judge Sands:

      The attorneys for the parties are pleased to announce that they have reached a settlement of all claims. Everything is being processed and a dismissal will be filed once all of that is accomplished. We hope you and everyone at the Court have a wonderful Thanksgiving holiday.

                            Respectfully submitted,

                            ***/s/Phillip L. Hartley***

                            Phillip L. Hartley

PLH:drj

c:  Mr. Gerald Weber (via email)
     Mr. Jeffrey R. Filipovits (via email)
     Mr. Kenneth M. Turnipseed (via email)